# Complaint Synopsis

| | |
|---|---|
| **Name:** | Paige Garrison |
| **Address:** (City & State Only) | Lisbon, Maine |
| **Year of Birth and Age:** | 2004, 18 years old |
| **Violations:** | Count One:<br><br>Possession of stolen firearms, in violation of 18 U.S.C. § 922(j). |
| **Penalties:** | Count One:<br><br>Imprisonment of not more than ten years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 924(a)(2).<br><br>* Count One is a Class C felony. |
| **Supervised Release:** | Count One:<br><br>Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One:<br><br>Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One:<br><br>Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Michael Whipple |
| **Primary Investigative Agency and Case Agent Name:** | ATF, SA Christopher Concannon |
| **Detention Status:** | Summons to Issue |

| Foreign National: | No |
| --- | --- |
| Foreign Consular Notification Provided: | N/A |
| County: | Androscoggin |
| AUSA: | Nicholas M. Scott |
| Guidelines apply?   Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution?  Y/N | Yes |
| Assessments: | $100 on each count. |